[No. 37653-5-I.    Division One.    September 22, 1997.]

*In the Matter of the Marriage of* DONALD DEAN
KNUTSEN, *Respondent,* and MARY LOUISE KNUTSEN,
*Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-3-02606-4, Ronald L. Castleberry, J., entered October 16, 1995. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Webster and Cox, JJ.

[No. 37861-9-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMIE
RAE SELTZ, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00662-5, Ronald L. Castleberry, J., entered November 20, 1995. *Reversed* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.

[No. 37867-8-I.    Division One.    September 22, 1997.]

GRAGG MILLER, ET AL., *Respondents,* v. JOEL
DOUGLAS, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-2-01288-0, Steven J. Mura, J., entered November 17, 1995. *Affirmed* by unpublished opinion per Kennedy, A.C.J., concurred in by Cox, J., and Allendoerfer, J. Pro Tem.

[No. 37876-7-I.    Division One.    September 22, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES E.
WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-1-04591-6, Donald D. Haley, J., entered April 22, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ. Now published at 88 Wn. App. 683.